UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| FLORIDA COMMUNITY BANK, N.A., AS SUCCESSOR IN INTEREST BY MERGER OF GREAT FLORIDA BANK )<br><br>Plaintiff, )<br><br>vs. )<br><br>SHLOMO BENTOV a/k/a SHLOMO BEN TOV, a/k/a SAM GOODSON, AURELIA BEN TOV, his wife, JACQUELINE CALDERIN as Bankruptcy Trustee under Bankruptcy case # 13-36143-RAM, BERENFELD, SPRITZER SCHECHTER & SHEER, LLP LUIS M. PADRON & ASSOCIATES, P.A., CHRISTY L. HERTZ, P.A., ROSENTHAL, ROSENTHAL, RASCO, KAPLAN, LLC, DEBORAH S. CHAMES, ELENA BEN TOV, MAJESTIC CATERERS, INC., a Florida Corporation, PLATINUM GOLD ENTERTAINMENT, INC., a Florida Corporation, H.J.J., INC., a Florida corporation, dba ME PRODUCTIONS, RUBEN D. VALERA, THE UNITED STATES OF AMERICA, VILLAGE OF PALMETTO BAY, FLORIDA, JOHN DOE TENANT, JANE DOE TENANT, and any and all other persons Claiming any interest, by, through, under or against said, Defendant(s) )<br><br>Defendants. ) | Case No:<br>1:14-CV- 21483-UU |

**ORDER GRANTING MOTION TO EFFECT SERVICE BY PUBLICATION AND FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS SHLOMO BENTOV AND AURELIA BENTOV .**

AND NOW, this ___ day of _July_____, 2014, upon

consideration of the United States' motion for leave to effect service by publication upon

crossclaim defendant Shlomo Bentov and his wife crossclaim defendant Aurelia Bentov

- 1 -

pursuant Fed. R. Civ. P. 4(e)(1), F.S.A. § 49.011(1) and 28 U.S.C. § 1655 requiring defendants Shlomo Bentov and Aurelia Bentov to appear or plead by a date certain, and an order, pursuant to Fed. R. Civ. P. 4(m) and 6(b)(1) enlarging the time within which it must effect service of process; with the memorandum in support thereof; and upon review of the pleadings and Declaration of Pascale Guerrier filed in support of the motion, and other papers filed in this proceeding, it appears to the Court that: (a) the United States seeks in this suit to, among other things, foreclose its tax lien against certain real property located in Miami-Dade County ("subject real property"); (b) that title to the subject real property is in the name of Shlomo Bentov and Elena Bento and Shlomo Bentov cannot be located within the State of Florida; (c) that crossclaim defendant Aurelia Bentov may claim an interest in the subject real property and cannot be located within the State of Florida; accordingly, it is

ORDERED that the United States' motion identified above is GRANTED; and it is further

ORDERED that in accordance with 28 U.S.C. § 1655, the United States shall publish a copy of this Order in a newspaper of general circulation in Miami Dade-County, Florida not less than once a week for six consecutive weeks; and it is further

ORDERED that the United States shall have an additional two-weeks from the 120-day deadline within which to effect service of process under the Federal Rules of Civil Procedure or a period of time commencing from the date this Order is entered on the docket plus the six consecutive weeks required for publication of this Order pursuant to 28 U.S.C. § 1655, whichever is later; and it is further

ORDERED that defendants Shlomo Bentov and Aurelia Bentov are hereby directed to appear, plead, answer or otherwise move, with respect to the United States' Answer with Counterclaim/Crossclaim and Third-Party Complaint for Enforcement of Liens (Dkt. 5) on or before the 21st day after the last day for publication of this Order or be in default thereof.

Done and Ordered in Miami, Florida, this 14 day of July, 2014.

_____
United States District Judge